# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RODNEY FAIRLEY, JR.

VERSUS

UNITED PARCEL SERVICE AND
LIBERTY MUTUAL INSURANCE
COMPANY

NO.  2022 CW 0416

**JULY 13, 2022**

---

In Re:  United Parcel Service and Liberty Mutual Insurance
Company, applying for supervisory writs, Office of
Workers' Compensation, District 6, No. 18-04222.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT